**The Honorable Philip H. Brandt**
**Tacoma, Washington**
**Chapter 7**
**Hearing Date: July 24, 2007**
**Hearing Time: 9:30 a.m.**
**Response Date: July 19, 2007**

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>KATHLEEN L. LANDBERG,<br><br>Debtor. | **CASE NO. 02-45306**<br><br>**CHAPTER 7 PROCEEDING**<br><br>**FINAL APPLICATION FOR PAYMENT OF ATTORNEY'S FEES AND COSTS** |

**COMES NOW** MARK D. WALDRON of the Law Offices of ORLANDINI & WALDRON, P.S., as legal counsel for the Chapter 7 Trustee, TERRENCE J. DONAHUE, and applies to the above-entitled Court for an order approving payment of second and final attorney's fees for ORLANDINI & WALDRON, P.S. in the amount of **$17,682.50** for legal services rendered on behalf of the above estate from September 26, 2006 through June 18, 2007, and costs in the amount of **$241.75**.

This Application is made pursuant to Local Rule 2016. To date, ORLANDINI & WALDRON, P.S. has been paid $30,590.67 for attorney's fees and costs for legal services rendered on behalf of the estate through September 25, 2006, pursuant to this Court's Order entered on December 12, 2006 (Docket Number 233). The fees are not being shared.

FINAL APPLICATION FOR ATTORNEY'S FEES AND COSTS -1-

**LAW OFFICES**
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

ORLANDINI & WALDRON, P.S. was appointed as counsel for the Trustee on August 17, 2005 and has expended 64.3 hours of time since September 26, 2006, at the rate of $275.00 per hour. The source of payment for the requested compensation and reimbursement of expenses is from unencumbered funds being held by the Trustee. The amount of unencumbered funds being held in the estate at this time is $174,344.76.

Attached hereto is a declaration in support of this application.

DATED this 19th day of June, 2007.

ORLANDINI & WALDRON, PS

By: /s/ MARK D. WALDRON
**MARK D. WALDRON**, WSBA# 9578
Attorney for Chapter 7 Trustee

**MARK D. WALDRON**, declares, under penalty of perjury as follows:

I am a member of ORLANDINI & WALDRON, P.S., and this law firm was appointed on August 17, 2005 as counsel for the Trustee in the above-entitled bankruptcy estate. Our firm was initially appointed to represent the Bankruptcy Trustee with regard to a Superior Court lawsuit that had been served on the Trustee by the Debtor's brother, Ronald Landberg, Sr., trying to force the estate to sell to Ronald Landberg, Sr. certain real property of the estate referred to as the Vaughn property. The Trustee subsequently requested that Orlandini & Waldron, P.S. represent him in other matters related to administration of this case, much of which involved litigation.

This second and final fee application covers attorney's fees and costs incurred from September 26, 2006 through June 18, 2007. By Order entered on December 12, 2006 (Docket Number 233), ORLANDINI & WALDRON, P.S. was awarded and has been paid

FINAL APPLICATION FOR ATTORNEY'S FEES AND COSTS -2-

**LAW OFFICES**
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

attorney's fees and costs for legal services rendered on behalf of the estate from August 2005 through September 25, 2006.

The attached itemized billing statements for this current fee application are divided into two categories for legal services rendered during the time period of September 26, 2006 to present.

**Matter #1 -- Adversary Proceeding and Appeals**. The assets of this estate included certain unresolved interests in three (3) parcels of unimproved real property in Pend Oreille County, Washington. The Debtor held a title interest at the time of the bankruptcy filing, but appeared to increase her proportional interest in the property based upon an inheritance from her parents. The Trustee requested that my law firm bring a quiet title action to determine the estate's interest in three parcels of real property. Subsequently, an unrecorded Quit Claim Deed was discovered, transferring the Debtor's interest to her brother, Ronald Landberg, Sr.

Under Adversary Proceeding Number 06-04159, a quiet title action was filed against all parties claiming an interest in the Pend Oreille County properties. Authority was granted to serve Defendants Arvid and Ruth Jacobson by publication, and a Default Judgment was subsequently obtained against Defendants Jacobson.

During the above-referenced adversary proceeding, Trustee sought and obtained a Temporary Restraining Order against Defendants Kathleen Landberg and Ronald Landberg, Sr., restraining them from excavating on the Pend Oreille County properties. Defendants were subsequently found to be in contempt of court and sanctions were imposed against said Defendants for their failure to comply with discovery and failure to provide an accounting relative to excavation activities on the Pend Oreille County properties. A Preliminary Injunction was subsequently imposed against Kathleen Landberg and Ronald Landberg, Sr., then

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

eventually an Order of Default and Judgment was entered quieting title to the Pend Oreille County properties in the bankruptcy estate of Kathleen L. Landberg and determining that none of the Defendants named in the adversary proceeding had any interest in the subject properties.

During the adversary proceeding, Defendant Ronald Landberg, Sr. also filed numerous motions for continuances and motions for reconsideration and appealed most of the interim orders entered by this Court, all of which required the filing of responses on behalf of the Trustee, attending and arguing at additional hearings, and legal representation in the various appeals filed by Ronald Landberg, Sr..

In addition to the litigation regarding the Pend Oreille County properties, I represented the Trustee in the appeal filed by Ronald Landberg, Sr. relative to the Judgment obtained in the prior adversary proceeding on the Vaughn property (Adv. Pro. No. 05-04244), including responding to Ronald Landberg's requests for extensions on filing his brief and filing Appellee's brief on behalf of the Trustee. The U.S. District Court (Case No. C06-5393RJB) affirmed the Bankruptcy Court's decision, but Ronald Landberg thereafter appealed the matter to the 9th Circuit Court of Appeals, under U.S. Court of Appeals Docket Number 07-35254.

That adversary proceeding and appeals were successfully litigated and/or settled, as set forth in the Stipulation for Compromise and Abandonment entered into by and between the parties (Docket Number 260) and the Order Authorizing Compromise and Abandonment of Real Property entered by this Court on May 15, 2007 (Docket Number 261). Your applicant has spent 44.7 hours on these matters and requests fees in the amount of $12,292.50, and costs in the amount of $18.00.

**Matter #2 -- General Administration, Preparing Pend Oreille County Properties**

**LAW OFFICES**
**ORLANDINI & WALDRON**
**A Professional Services Corporation**
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

**for Sale, and Settlement Negotiations with Debtor and Debtor's Brother**.

Upon entry of the Judgment quieting title in the Pend Oreille County properties as referenced above, a realtor was appointed by the Court, an Order was entered authorizing the Trustee to sell the property, and a buyer was subsequently obtained.

During the process of preparing to sell the Pend Oreille County properties, settlement negotiations commenced and the Debtor was able to obtain sufficient financing to fully fund and settle all disputes, claims, appeals, and other litigation between the estate and the Debtor and her brother, Ronald Landberg, Sr. The settlement, which was approved by this Court, is projected to result in sufficient funds to pay all allowed claims, the fees requested herein, and all other administrative expenses or claims.

These matters were successfully settled, as set forth in the Stipulation for Compromise and Abandonment entered into by and between the parties (Docket Number 260) and the Order Authorizing Compromise and Abandonment of Real Property entered by this Court on May 15, 2007 (Docket Number 261). Your applicant has spent 19.6 hours on these matters and requests fees in the amount of $5,390.00, and costs in the amount of $223.75.

Applicant requests payment in the total amount of $17,924.25 for final attorney's fees and costs, to be paid from the unencumbered fees of estate. Attached are my billing statements which consist of detailed itemizations of dates, services performed, and charges incurred. The billing statements (Exhibits 1 and 2) are divided into the two categories as set forth above. I hereby incorporate the attached billing statements as if fully set forth herein.

/s/ MARK D. WALDRON
MARK D. WALDRON

**LAW OFFICES**
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com