Orlandini & Waldron, P.S.
Professional Services Corporation
6711 Regents Blvd. W.
Tacoma WA 98466
Phone: 565-5800   FAX: 564-2998

Invoice submitted to:
TERRY DONAHUE
CHAPTER 7 TRUSTEE

June 18, 2007
In Reference To: Landberg -- Adversary Proceedings and
          Appeals
Invoice #16746

Professional services

|  | Hours | Amount |
|---|---|---|
| 10/17/06 Review file; Draft Motion for Temporary Restraining Order and proposed Order re: mineral excavation on Pend Oreille County properties; Legal research re: restraining orders and bond requirements; Review and finalize Motion. | 1.80 | 495.00 |
| 10/19/06 Review Trustee's Affidavit in Support of Temporary Restraining Order. | 0.30 | 82.50 |
| 11/8/06 Review Response to Motion for Temporary Restraining Order and Motion for Continuance; Phone call with Trustee; Review file; Draft Reply to Debtor's Response re: Motion for Temporary Restraining Order. | 1.80 | 495.00 |
| 11/27/06 Draft continuing Restraining Order; Preparing for fee hearing. | 0.50 | 137.50 |


EXHIBIT 1

TERRY DONAHUE

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 12/12/06 | Prepare for motions; Travel to Court for hearing on restraining order and fee application. | 1.10 | 302.50 |
| 12/28/06 | Motion to Reconsider; Phone call with Appellate Court Clerk re: late brief filing by Landberg; Legal research re: Motion to Dismiss Appeal. | 0.90 | 247.50 |
| 1/19/07 | Review file; Draft Motion and proposed Order to Dismiss Appeal. | 1.20 | 330.00 |
| 2/1/07 | Review Landbergs Appellate Brief and appeal file; Work on search. | 0.90 | 247.50 |
|  | Review Defendants' Motion for Continuance of hearing on Temporary Restraining Order; Draft Trustee's Response. | 0.80 | 220.00 |
| 2/6/07 | Travel to Court for hearing on continued Temporary Restraining Order; Draft Order on Court's ruling; Phone call with client to discuss case. | 1.00 | 275.00 |
| 2/12/07 | Review Court's Scheduling Order and calendar dates re: Pend Oreille County property. | 0.20 | 55.00 |
|  | Work on Appellate Brief re: Vaughn property. | 2.60 | 715.00 |
| 2/15/07 | Review file re: Pend Oreille County case; Draft Initial Disclosures of witnesses, exhibits, and damages; Review and re-draft Initial Disclosures. | 2.30 | 632.50 |
| 2/26/07 | Prepare for hearing re: contempt; Draft Declaration re: accounting; Review file; Phone call with client. | 0.80 | 220.00 |

|            |                                                                                                                                          | Hours | Amount |
|------------|------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/27/07    | Travel to Court for hearing on Preliminary Injunction and Contempt; Draft Order on hearing.                                              | 1.50  | 412.50 |
| 2/28/07    | Draft Trial Statement (unavoidable conflict dates); Draft Order Granting Preliminary Injunction and Finding Contempt of Court re: Pend Oreille County property. | 0.90  | 247.50 |
| 3/5/07     | Draft Motion, Affidavit and Order of Default re: Jacobson.                                                                               | 0.50  | 137.50 |
| 3/7/07     | Draft Plaintiff's Disclosure of Expert Witnesses in Pend Oreille County adversary proceeding.                                            | 0.90  | 247.50 |
| 3/19/07    | Review file; Prepare for hearing on sanctions; Review Defendants' Responses.                                                             | 0.50  | 137.50 |
| 3/20/07    | Travel to Court for hearing on Motion for Sanctions.                                                                                     | 1.40  | 385.00 |
| 3/27/07    | Review Court's Order on Continuing Sanctions/Show Cause.                                                                                 | 0.10  | 27.50  |
| 3/29/07    | Review Notice of Appeal from Landberg (appeal from District Court to 9th Circuit Court of Appeals).                                      | 0.20  | 55.00  |
| 3/30/07    | Review Notice of Appeal re: sanctions; Review file; Legal research re: appealable order issues.                                          | 0.70  | 192.50 |
| 4/2/07     | Prepare for hearing on sanctions; Conference call with neighbor/buyer in Pend Oreille County and Trustee re: excavation; Notes to file.  | 0.80  | 220.00 |

TERRY DONAHUE

|  |  | Hours | Amount |
|---|---|---:|---:|
| 4/3/07 | Review Appeal Briefing Schedule from 9th Circuit Court of Appeals and calendar deadlines. | 0.20 | 55.00 |
|  | Travel to Court for hearing on continued hearing on Motions for Sanctions; Court to draft Order; Review email from realtor Lorraine Kirkpatrick; Email to realtor re: sale/status of Pend Oreille County property. | 1.80 | 495.00 |
| 4/4/07 | Legal Research on appeal to BAP re: sanctions order; Work on 9th Circuit appeal re: District Court's affirmation of Sale Order/Quiet Title lawsuit (Vaughn property). | 2.20 | 605.00 |
| 4/5/07 | Review Court's order on sanctions; Review file; Draft Judgment and Notice of Presentation of Judgment; Review email from realtor and respond to same re: securing property/trespassers. | 2.10 | 577.50 |
| 4/6/07 | FAX proposed Judgment to Mike Smith for signature and file with the Court. | 0.10 | 27.50 |
| 4/9/07 | Legal Research re: appeal on sanction order; Draft Statement of Election to have appeal heard by District Court; Organize various appeals files. | 0.90 | 247.50 |
| 4/13/07 | Review Kathleen Landberg's Motion to Set Aside Default; Review Pend Oreille County title report (update); Phone call with Terry Donahue, Trustee; Review proposed letter re: pay-off. | 1.50 | 412.50 |

TERRY DONAHUE

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/18/07 | Review Notice of Appeal (Order on Sanctions); Review Motion to Appeal in forma pauperis; Review Motion to Set Aside Default; Phone call with attorney Ron Ripley re: settlement issues; Draft Statement of Election to have appeal heard by U.S. District Court. | 1.10 | 302.50 |
|  | Review email from Terry Donahue; Review proposed Declaration re: sale of real property; Email to Donahue; Phone call with Donahue; Draft Response to Landberg's Motion to Set Aside Default. | 0.90 | 247.50 |
| 4/20/07 | Organize file and prepare for hearing on entry of Judgment and Defendants' Motion to Set Aside Default. | 0.30 | 82.50 |
| 4/23/07 | Review file; Check ECF docket; Draft Declaration re: Non-disclosure; Phone call with Trustee; Prepare for hearing on Landberg's Motion to Set Aside Judgment. | 0.90 | 247.50 |
| 4/24/07 | Travel to Court for hearing; Argue Motion to Set Aside Order of Default (Court denies motion); Present Judgment for entry. | 0.60 | 165.00 |
| 5/4/07 | Review Notice of Transfer of Appeal to District Court; Review Response re: Sale of Property; Notes to file re: replying to Response. | 0.60 | 165.00 |
| 5/8/07 | Travel to Court for hearing on Motion to Sell Real Property; Meeting with client and Kathy Landberg; Enter Order Authorizing Sale and recite agreement and conditions for the record; Phone call with Fircrest Escrow; Dictate letter to Landberg's | 4.20 | 1,155.00 |

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| | lender re: title report information; Phone call with Fircrest Escrow Co. re: escrow of documents in settlement; Dictate letter to Fircrest Escrow; Dictate letter to Landbergs re: settlement documents / escrow; Draft Notice, Motion and proposed Order to compromise and abandon property (shortened time granted by Court); Review and finalize compromise pleadings. | | |
| 5/8/07 | Review Notice of Appeal by Ron Landberg to Judgment re: Quiet Title (4/24/07); Review Notice of Transfer of Appeal to BAP (Appeal #3). | 0.20 | 55.00 |
| 5/9/07 | Dictate letter to Barb Koval at Fircrest Escrow re: services to be rendered in settlement; FAX copy of letter to Landbergs; Travel to Fircrest Escrow to meet with escrow agent and deliver documents to be signed; Email to Fircrest Escrow; Phone call with Trustee re: settlement documents. | 2.10 | 577.50 |
| | Review appeal files re: deadlines (Landberg's opening brief due today); Draft Stipulations and Orders dismissing four (4) appeals. | 0.80 | 220.00 |
| 5/29/07 | Review appeal dismissals. | 0.20 | 55.00 |
| 6/4/07 | Review Order from 9th Circuit Court (dismissal); Review 9th Circuit BAP dismissal. | 0.20 | 55.00 |
| 6/5/07 | Review Notice of Dismissal re: Final Order on Appeal (BAP). | 0.10 | 27.50 |

TERRY DONAHUE                                                      Page    7

|  | Hours | Amount |
|---|---:|---:|
| For professional services rendered | 44.70 | $12,292.50 |

Additional charges:

|  | Amount |
|---|---:|
| 12/12/06 Mileage Charges to Court | 3.50 |
| 2/27/07 Mileage Charges to Court. | 3.50 |
| 3/20/07 Mileage Charges to Court. | 3.50 |
| 4/3/07 Mileage Charges to Court. | 3.50 |
| 4/6/07 FAX Charges to Mike Smith. | 4.00 |
| Total costs | $18.00 |
| Total amount of this bill | $12,310.50 |
| Balance due | $12,310.50 |

Orlandini & Waldron, P.S.
Professional Services Corporation
6711 Regents Blvd. W.
Tacoma WA 98466
Phone: 565-5800  FAX: 564-2998

Invoice submitted to:
TERRY DONAHUE
CHAPTER 7 TRUSTEE

June 18, 2007
In Reference To: Landberg -- General Administration, Sale
of Pend Oreille County Properties,
Settlement Negotiations with Landberg
Invoice #16745

Professional services

|  | Hours | Amount |
|---|---|---|
| 9/26/06 Review billings and timeslips; Draft Application for Interim Fees and Costs, Declaration, and proposed Order. | 1.50 | 412.50 |
| 10/6/06 Draft Fee Application; Review billing records. | 1.50 | 412.50 |
| 10/9/06 Review correspondence from Mike Smith; Email to Terry Donahue re: payoff. | 0.70 | 192.50 |
| 10/11/06 Review correspondence from client; Dictate letter to Mike Smith, probate attorney. | 0.60 | 165.00 |
| 10/13/06 Phone call with Mike Smith re: settlement/payoff request from Landbergs; Discuss payoff quote. | 0.30 | 82.50 |



EXHIBIT 2

|  |  | Hours | Amount |
|---|---|---|---|
| 10/27/06 | Review file; Dictate letter to Mike Smith and Kathleen Landberg; Review Trustee's ECF Application for Compensation. | 0.60 | 165.00 |
| 11/9/06 | Draft Reply to Debtor's Response to Fee Application. | 0.60 | 165.00 |
| 12/26/06 | Review Debtor's Motion to Reconsider Fee Order. | 0.10 | 27.50 |
| 3/26/07 | Phone call with client re: sale of Pend Oreille County real property. | 0.30 | 82.50 |
| 4/2/07 | Review Landberg's Motion for Reconsideration re: employment of realtor; Draft Declaration of Waldron re: sanctions (no accounting received); Phone call with Terry Donahue re: verification that no accounting was received by him. | 0.80 | 220.00 |
| 4/4/07 | Review Purchase and Sale Agreement (Clavell and Mitchell) and Addendums; Phone call with Gina at Terry Donahue's office; Draft Notice of Hearing, Application and proposed Order re: Sale of Real Property. | 1.50 | 412.50 |
| 4/10/07 | Review correspondence from Kathy Landberg (letter of 4/10/07 to realtor); Send email to realtor. | 0.30 | 82.50 |
| 4/13/07 | Review fees/billings to date and forward to Trustee; Review email from Trustee's assistant re: Landberg's complaint to the U.S. Trustee; Email to Mark Weber, Assistant U.S. Trustee; Phone call with attorney Ron Ripley; Email to US Trustee; Email to Ron Ripley re: case status. | 1.80 | 495.00 |

|         |                                                                                                                                                                                                                                                                                        | Hours | Amount |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/20/07 | Review Declaration of realtor, Lorraine Kirkpatrick, in support of sale of real property.                                                                                                                                                                                              | 0.20  | 55.00  |
| 5/3/07  | Phone call with client re: settlement; Review debtor's Response to Motion to Sell Property.                                                                                                                                                                                            | 0.70  | 192.50 |
|         | Draft Trustee's Reply to Debtor's objection to motion to sell property; Phone call with client re: objection; Review declarations and sale agreement.                                                                                                                                  | 0.80  | 220.00 |
| 5/7/07  | Review file; Phone call with client; Prepare for hearing on Motion to Sell Property; Second phone call with client.                                                                                                                                                                    | 0.50  | 137.50 |
| 5/11/07 | Review Donahue's letter to Shon Webb at Wind River regarding Debtor's financing; Phone call with Mike Smith, attorney for probates; Phone call with Fircrest Escrow.                                                                                                                   | 0.80  | 220.00 |
|         | Review email from realtor re: writ of restitution; Phone call with Fircrest Escrow re: release of copies of settlement documents to Landbergs.                                                                                                                                         | 0.40  | 110.00 |
|         | Review appeal transfer to U.S. District Court.                                                                                                                                                                                                                                         | 0.10  | 27.50  |
| 5/15/07 | Travel to Court for hearing on compromise and abandonment; Enter Orders; File Stipulations and Orders for dismissal of all appeals; Dictate letter to 9th Circuit Court of Appeals and send Stipulation and Order of Dismissal; Phone call with Mike Smith (left message); Phone call with Pend Oreille County Title Company; Email to Mike Smith. | 1.50  | 412.50 |

TERRY DONAHUE                                                              Page   4

|            |                                                                | Hours | Amount    |
|------------|----------------------------------------------------------------|-------|-----------|
| 5/17/07    | Phone call with probate attorney, Mike Smith, to discuss settlement. | 0.80  | 220.00    |
| 5/18/07    | Review file; Phone call with client (voicemail); Email to client re: probate. | 0.30  | 82.50     |
|            | Phone call with escrow company (buy-out has funded); Email to Mike Smith re: funding. | 0.40  | 110.00    |
| 6/7/07     | Review billing statement; Draft Final Fee Application; Review and re-draft Fee Application; Prepare proposed Order re: Fee Application; Estimated time for attending hearing on Fee Application. | 2.50  | 687.50    |

|                                       | Hours | Amount     |
|---------------------------------------|-------|------------|
| For professional services rendered    | 19.60 | $5,390.00  |

Additional charges:

| Date     | Description                                                          | Amount   |
|----------|----------------------------------------------------------------------|----------|
| 10/9/06  | FAX Charges to client.                                               | 5.00     |
|          | FAX Charges to client.                                               | 8.00     |
| 5/8/07   | FAX Charges to Fircrest Escrow Company.                              | 22.00    |
|          | Mileage Charges to Court.                                            | 4.25     |
| 5/9/07   | FAX Charges to Landbergs and Fircrest Escrow.                        | 5.00     |
| 5/14/07  | Fircrest Escrow charges for processing settlement documents and funding. | 175.00   |
| 5/15/07  | Long Distance Charges to Pend Oreille County Title Company.          | 4.50     |

|             | Amount    |
|-------------|-----------|
| Total costs | $223.75   |

| | Amount |
|---|---:|
| TERRY DONAHUE | Page 5 |
| Total amount of this bill | $5,613.75 |
| Balance due | $5,613.75 |