**The Honorable Philip H. Brandt**
**Tacoma, Washington**
**Chapter 7**
**Hearing Date: July 24, 2007**
**Hearing Time: 9:30 a.m.**
**Response Date: July 19, 2007**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In Re: ) | **CASE NO. 02-45306** |
| ) | |
| KATHLEEN L. LANDBERG, ) | **CHAPTER 7 PROCEEDING** |
| ) | |
| Debtor. ) | **ORDER APPROVING FINAL APPLICATION FOR PAYMENT OF ATTORNEY'S FEES AND COSTS** |

**THIS MATTER** having come on regularly before the above-entitled Court on July 24, 2007 upon the application of Mark D. Waldron of the Law Offices of ORLANDINI & WALDRON, P.S., for payment of his second and final attorney's fees in the amount of $17,682.50 and costs in the amount of $241.75; the Debtor having been served with the Notice of Hearing and Application, as shown by the Declaration of Mailing on file herein; more than twenty (20) days having elapsed since the mailing of said Notice, and the Court finding that such notice was adequate; and the Court having reviewed the records, files, pleadings and evidence submitted by the parties, and having heard oral arguments of the parties and/or their counsel, and deeming itself fully advised of the premises, now, therefore, it is hereby;

ORDER APPROVING FINAL APPLICATION FOR
PAYMENT OF ATTORNEY'S FEES AND COSTS -1-

**LAW OFFICES**
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

1     **ORDERED** that the Final Application for Payment of Attorney's Fees and Costs to the Law Offices of ORLANDINI & WALDRON, P.S. is hereby approved in the amount of $17,924.25. It is further

    **ORDERED** that the Chapter 7 Trustee is authorized to make payment of the fees and costs as provided above from the funds of the estate.

    **DONE AND ORDERED** this _____ day of July, 2007.

---

PHILIP H. BRANDT
United States Bankruptcy Judge

Presented by:

ORLANDINI & WALDRON, P.S.

By: /s/ MARK D. WALDRON
    MARK D. WALDRON, WSBA# 9578
    Attorney for Chapter 7 Trustee

**LAW OFFICES**
**ORLANDINI & WALDRON**
**A Professional Services Corporation**
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com